AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mahesh Patel | ) | Case No. |
| | ) | 3:21MJ1189 (RAR) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED-USDC-CT-HARTFORD DEC 7 2021 AM 7:56

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2011 to 2019__ in the county of __Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 15 U.S.C. § 1 | Conspiracy in restraint of trade. |

This criminal complaint is based on these facts:

See attached affidavit of DCIS Special Agent Christopher Mehring, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

MEHRING.CHRISTOPHER.MICHAEL.1255909890
Digitally signed by MEHRING.CHRISTOPHER.MICHAEL.1255909890
Date: 2021.12.06 12:53:43 -05'00'

*Complainant's signature*

Special Agent Christopher Mehring, DCIS

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: __12/06/2021__

Robert A. Richardson
Digitally signed by Robert A. Richardson
Date: 2021.12.06 17:32:08 -05'00'

*Judge's signature*

City and state: __Hartford, CT__   Hon. Robert A. Richardson, U.S. Magistrate Judge

*Printed name and title*