UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21MJ___ (RAR) |
| v. | **FILED UNDER SEAL** |
| MAHESH PATEL | December 7, 2021 |

## MOTION TO CONTINUE SEALING

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order to continue sealing the unredacted affidavit in support of the criminal complaint and arrest warrant dated December 6, 2021, and this motion to seal until January 7, 2022 unless otherwise ordered by the Court. These documents include information about ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████ the government has prepared redacted versions of the affidavit and this motion and to continue sealing the unredacted versions of these documents until January 7, 2022. The requested sealing is necessary because the presumption of access to these documents is outweighed by countervailing factors in favor of sealing identified above. Even if a higher standard applied here, the requested sealing of these documents is essential to preserve compelling interests and narrowly tailored to serve those interests.

Respectfully submitted,

LEONARD C BOYLE
ACTING UNITED STATES ATTORNEY

/s/
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Fed Bar No. ct30434
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700